ARTIS v. WOLFE

No. 110 PC.

Case below: 31 N.C. App. 227.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 21 December 1976.

FORESTER v. MARLER

No. 100 PC.

Case below: 31 N.C. App. 84.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1976.

HACKETT v. HACKETT

No. 4 PC.

Case below: 31 N.C. App. 217.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1976.

HARGROVE v. PLUMBING AND HEATING SERVICE

No. 102 PC

Case below: 31 N.C. App. 1.

Petition by defendants for discretionary review under G.S. 7A-31 denied 21 December 1976.

HIGHWAY COMM. v. ROSE

No. 90 PC.

Case below: 31 N.C. App. 28.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1976.